IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT SEVERA,

        Plaintiff,

   v.

DR. J. AKANNO,

        Defendant.

_____/

No. C 11-03252 CW (PR)

ORDER OF TRANSFER

Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is incarcerated at Kern Valley State Prison (KVSP), which is located in Kern County in the Eastern District of California.  <u>See</u> 28 U.S.C. § 84(b).  The acts complained of occurred at KVSP, and the named Defendant appears to reside in the Eastern District.  Venue, therefore, properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 10/6/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

GILBERT SEVERA,

4                          Plaintiff,

Case Number: CV11-03252 CW

5                                                    **CERTIFICATE OF SERVICE**

   v.

6

// et al,

7

                         Defendant.

8   _____/

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

11

12   That on October 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
     in the Clerk's office.

13

14

15   Gilbert  Severa C43821
     Kern Valley State Prison

16   A7-115
     P.O. Box 5101

17   Delano,  CA 93216

18   Dated: October 6, 2011

19                                                   Richard W. Wieking, Clerk
                                                     By: Nikki Riley, Deputy Clerk

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2