UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SEVERA, | 1:11-cv-01691 DLB (PC) |
| Plaintiff, | ORDER DIRECTING PAYMENT OF INMATE FILING FEE |
| v. | |
| J. AKANNO, | |
| Defendants. | |
| _____/ | |

To The Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. The Director of the California Department of Corrections or his designee shall

1  collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of
2  the preceding month's income credited to the prisoner's trust account and shall forward those
3  payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in
4  accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to
5  the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to
6  this action.

      2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on the Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814.

      3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:**   **October 13, 2011**          **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE