# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SEVERA,        | CASE NO. 1:11-cv-01691-DLB PC |
|         Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT MORE DEFINITE STATEMENT OF FACTS |
|     v. | |
| DOCTOR J. AKANNO, et al., | RESPONSE DUE WITHIN THIRTY DAYS |
|         Defendants. | |

## ORDER FOR MORE DEFINITE STATEMENT

Plaintiff Gilbert Severa ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on August 8, 2011, in the Northern District of California. Doc. 4. On October 11, 2011, the action was transferred to this Court. In the present complaint, the Plaintiff alleges that he was denied medication for his pain. So that the Court can screen the complaint consistent with its duties under 28 U.S.C. § 1915A, Plaintiff is hereby **ORDERED** to submit a more definite statement of the facts involved in this action by filing a written response to the questions posed below within thirty (30) days of the date of this order:

### QUESTIONS

1. Provide the date that you were admitted to CDCR most recently. If you do not know the exact date, provide an approximate date (month/year).

2. Provide the dates of any prior admissions to CDCR and the dates of your release.

1

3. Your complaint identifies the following individual defendants: (a) medical doctor J. Akanno and (b) medical doctor Chen. Briefly describe the alleged <u>personal involvement</u> of each individual defendant in the denial of medical care outlined in the pleadings. List each defendant and state what he or she did (or did not do) to you that you believe was wrong. Be specific as to <u>personal</u> involvement.

4. Describe with detail the pain that you reference in your complaint. What problem are you complaining about? Be specific.

5. Answer the following questions about your pain:
    (a) Explain when this medical condition came about and what caused it.
    (b) When did you first notice this medical condition?
    (c) When were you first diagnosed with this medical condition? Who (name, title, and by whom employed) made this diagnosis?
    (d) What is your current diagnosis? Who (name, title, and by whom employed) made this diagnosis?

6. You complain that you were denied medical care for your pain. Answer the following questions about this alleged denial of medical care:
    (a) What exact treatment did you request?
    (b) Explain what treatment you were denied and why you feel you should have received it. Be specific.
    (c) What date did this occur? If you do not know the exact date, then try to provide an approximate date.
    (d) Who (name, title, and by whom employed) denied you medical care?
    (e) If you know, state why were you denied medical care.
    (f) At the time of the denial were you already on medication or receiving treatment or therapy for the same condition? Explain.

7. State whether you have been seen by medical personnel at the prison for any other condition. If you have received other treatment, answer the following

2

for each occasion:

 (a) What date were you seen?

 (b) What is the name and title of the person you saw?

 (c) Where were you seen (hospital, infirmary, clinic, etc.)?

 (d) What were you treated for?

 (e) What treatment did you receive?

 (f) What medication or prescription for medication did you receive? Did you receive any over-the-counter type medication?

8. Does your pain interfere with your normal activities? Explain.

9. Have you filed an inmate grievance?  If so, what result have you received? If not, state why not.

10. Has a state or federal court ever ordered you to pay a fine or sanction?  If so, attach copies of all such orders or, for each such order, explain which court and what fine or sanction was imposed. Also, for each such order state whether you have paid the fine or complied with the other sanction imposed and explain when and how you paid the fine or otherwise complied.

11. Has any state or federal court ever issued an order barring you from filing any other lawsuits until certain conditions were met, such as judicial approval or payment of fine or sanction?  If so, attach copies of all such orders or, for each such order, explain which court and what condition was imposed. Also, for each such order state whether the condition was met and explain when and how you met the condition or otherwise complied. Attach copies of any order of a judge approving of the filing of this lawsuit.

12. Have any of your lawsuits been dismissed as frivolous, malicious, duplicative, successive repetitive, or for failure to state a claim a claim upon which relief may be granted, including but not limited to, cases dismissed under 28 U.S.C. § 1915 or § 1915A?  If so, attach copies of all such orders of dismissal or, for each such lawsuit, explain which lawsuit(s), which

3

1         court, and what kind of dismissal.

2    13. List all the lawsuits, of any nature, you have ever filed in state and federal
3         court, including the case number, full case name (including all parties), type
4         of case, and the outcome.

5    14. What is your date of birth?

6    15. State, in complete form, all names you have ever used or been known by,
7         including any and all aliases. Separately list any and all names you have
8         used for any lawsuits you have ever filed.

9    16. List all CDCR identification numbers you have ever been assigned and all
10        other jail and state or federal prison numbers ever assigned to you (for
11        example, county jail numbers, federal prison register numbers, etc.). For all
12        numbers listed, identify the particular institution that assigned the number.

13    17. List all of the offenses for which you have been convicted and the dates
14        those convictions were entered.

## INSTRUCTIONS

Plaintiff is admonished to heed the following instructions with care. Plaintiff's response is due **thirty (30) days** from the date of this order as shown below. Plaintiff is instructed to label his response "Plaintiff's More Definite Statement" and to include the correct Civil Action Number as shown above in the style of this case.

Plaintiff is directed to answer the foregoing questions to the best of his ability based on personal knowledge and the information available to him. He is further advised that legal research or resort to a review of prison records is not required. Plaintiff is instructed to submit his responses to the foregoing questions by copying each question as posed by the Court and then writing the answer as neatly as possible underneath each question in numbered paragraphs corresponding to the question being answered. Plaintiff must also include somewhere in his response the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

No summons will issue until the Court has completed an evaluation of Plaintiff's

response to the foregoing questions.  **Plaintiff's failure to comply as directed may result in the dismissal of this action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.**

IT IS SO ORDERED.

Dated:   **June 13, 2012**           /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE