IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SEVERA, | 1:11-cv-01691-DLB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF COMPLAINT (ECF NO. 16) |
| v. | |
| J. AKANNO, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO AMEND COMPLAINT (ECF No. 17) |
| Defendant. | |
| | 60-DAY DEADLINE |
| _____/ | |

      Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 20, 2012, Plaintiff filed a motion requesting a copy of his complaint. The Court does not generally provide copies of filed documents, pursuant to the Court's October 11, 2011 Order. ECF No. 10. The Informational Order provided instructions on obtaining copies. Accordingly, Plaintiff's motion for a copy of his complaint, filed August 20, 2012, is denied.

      On August 20, 2012, Plaintiff filed a motion to extend time to amend his complaint. Plaintiff contends that his law library in on lockdown and he has not had access. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Plaintiff is granted sixty (60) days from the date of service of this order in which to file an amended complaint.

      IT IS SO ORDERED.

Dated:   **September 5, 2012**         **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE