# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SEVERA,<br><br>        Plaintiff,<br><br>   v.<br><br>J. AKANNO,<br><br>        Defendant. | Case No. 1:11-cv-01691-DLB PC<br><br>**ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT AS UNSIGNED**<br><br>ECF No. 19<br><br>SIGNED, FIRST AMENDED COMPLAINT DUE WITHIN TWENTY DAYS |

   Plaintiff Gilbert Severa ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On August 8, 2011, Plaintiff filed his Complaint in the Northern District of California. ECF No. 4. On October 11, 2011, the action was transferred to this Court. On July 30, 2012, the Court screened Plaintiff's Complaint and dismissed it for failure to state a claim, with leave to amend. On November 1, 2012, Plaintiff filed a First Amended Complaint. ECF No. 19. The First Amended Complaint was unsigned, and cannot be considered by the Court. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented."). The Court must strike an unsigned paper. *Id.*

   Accordingly, it is HEREBY ORDERED that

   1. Plaintiff's First Amended Complaint, filed November 1, 2012, is STRICKEN as unsigned;

2. Plaintiff is to serve and file a signed First Amended Complaint within **twenty (20) days** from the date of service of this order; and

3. Failure to comply with this order will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   **March 28, 2013**                              /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE